## ROUTE CINQUENTA E NOVE COMERCIO IMPORTACAO E EXPORTACAO DE VEICULOS LTDA. *v.* CENTRAL SPORTS, INC.
### (AC 20138)

Hennessy, Zarella and Peters, Js.

Argued May 3—officially released May 30, 2000

Per Curiam. The judgment is affirmed.

## GARY E. TALLMAN *v.* ADY SAI-KUEN TONG ET AL.
### (AC 19737)

Schaller, Hennessy and Mihalakos, Js.

Submitted on briefs May 11—officially released June 6, 2000

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting a new sale date.

## STATE OF CONNECTICUT *v.* RICHARD E. SMITH
### (AC 19978)

Schaller, Hennessy and Daly, Js.

Argued May 9—officially released June 6, 2000

Per Curiam. The judgment is affirmed.